GEORGE D. MACKAY, Respondent, *v.* FRANK SEAMAN, Appellant.

*Mackay* v. *Seaman*, 116 App. Div. 924, affirmed.
(Argued February 26, 1908; decided March 13, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

January 15, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover damages alleged to have been sustained through the false representations of the defendant in a sale of stock to the plaintiff.

*Waldo G. Morse* for appellant.

*James M. Gray* for respondent.

Judgment affirmed, with costs and ten per cent damages for delay under section 3251 of the Code of Civil Procedure; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.